AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

HILARIO A. FLORES-OSUNA
AKA: Hilario A. Figueroa-Osuna

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR2190-WQH

I, HILARIO A. FLORES-OSUNA, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b) - Attempted Entry After Deportation (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7/1/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
JUL - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER